**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

KELLEY ABBOTT
Plaintiff,                                                        Civil Action No. 3:22-cv-1414

v.

INTERNATIONAL EXPOSITION
COMPANY and MARK STEVENS
Defendants.                                                   NOVEMBER 8. 2022

**<u>NOTICE OF REMOVAL</u>**

Defendants International Exposition Company ("International") and Mark Stevens

("Stevens," and with International, "Defendants"), pursuant to 28U.S.C. §§ 1441 and 1446, hereby

remove this case, captioned <u>Kelley Abbott v. International Expositions Company et al.</u>, Civil

Action No. FST-CV22-6058813-S from the Superior Court, Judicial District of Stamford, at

Stamford, State of Connecticut ("State Court"), where it is now pending, to the United States

District Court for the District of Connecticut.  This case is removable pursuant to 28 U.S.C. § 1331,

because Plaintiff's claims arise in part under the Age Discrimination in Employment Act, 29

U.S.C. §623(A)(1) ("ADEA") and Title VII of the Civil Rights Act of 1968, 42 U.S.C. § 2000E-2

("Title VII"). thus supplying federal question jurisdiction.  In further support of removal,

Defendants state as follows:

**Background**

1.      Plaintiff instituted this civil action in the Superior Court, Judicial District of

Stamford, at Stamford, on or about November 3, 2022.  The Summons and Complaint, dated

October 20, 2022, were served on Defendants on or about October 24, 2022.  A copy of the

Summons and Complaint as received by Defendants and the return of service are attached hereto as

<u>Exhibit A</u>.

1

2.        Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt of the initial pleading on which the aforesaid action is based.

3.        The United States District Court for the District of Connecticut is the federal judicial district embracing the Superior Court, Judicial District of Stamford, at Stamford, where this suit was originally filed.  Venue is therefore proper under 28 U.S.C. §§ 86 and 1441(a).

4.        The Complaint alleges that Plaintiff Kelly Abbott was employed by International and that her employment was terminated in violation of Title VII and ADEA.  Complaint Counts II and IV.  The Complaint further alleges certain claims arising under state law against International and Mark Stevens.

5.        Therefore, this Court has original jurisdiction over this matter on the basis of federal question jurisdiction, 28 U.S.C. § 1331.

6.        A copy of this Notice of Removal will be filed with the Superior Court, Judicial District of Stamford, at Stamford, as provided by law, and written notice is being sent to Plaintiff's counsel.  A copy of the Notice of Removal to Federal Court to be filed in the State Court is attached hereto as Exhibit 3.

7.        The removal statute, 28 U.S.C. § 1446(a), requires a removing party to provide the district court with a copy of all process, pleadings, and orders served upon the moving party. To date, International has only been served with the Summons and Complaint, copies of which are attached here to as Exhibit A.  To date, Defendant has not filed a responsive pleading in Plaintiff's state court action, and no other proceedings have transpired in that action.  The State Court docket, as printed from the State Court's official website is attached hereto as Exhibit B.

8.    The allegations of this Notice are true and correct and this cause is removable to the United States District Court for the District of Connecticut.

9.    If any question arises as to the propriety of the removal of this action, Defendants respectfully requests the opportunity to present a brief, evidence, and oral argument in support of its position that this cause is removable.

WHEREFORE, Defendants, by and through their counsel, and through the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of the Superior Court, Judicial District of Stamford, at Stamford, hereby effects the removal of this civil action to this Court.

 November   , 2022                                          Respectfully Submitted,


                                                DEFENDANTS


                                    By: _____/s/_____
                                        David S. Rintoul (ct08456)
                                        Rintoul Law, LLC
                                        70 Danbury Road, Suite 2B
                                        Wilton, CT 06897
                                        Tel No. (203) 349-8500
                                        Fax No. (203) 628-4791
                                        dsr@rintoullaw.com

3

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 8th day of November , 2022 caused a true and correct copy of the within and foregoing **NOTICE OF REMOVAL** to be served on counsel for Plaintiff by First Class United States Mail, postage prepaid, and by e-mail, addressed as follows:

Bruce Elstein, Esq.
Goldman Gruder & Woods LLC
105 Technology Drive, 2nd Floor
Trumbull CT 06611
Email: belstein@goldgru.com

/s/ David S. Rintoul
David S. Rintoul (ct08456)

4